*Sharon Rook v. Marriott International, Inc., The Ritz-Carlton Hotel Company, L.L.C.*
*and John Doe(s) 1-3 and ABC Corporation(s) 1-3*
*United States District Court, Northern Division, Atlanta Division*
*Civil Action File Number:  TBA*

# EXHIBIT A:

# DEFENDANT'S PETITION FOR REMOVAL



**CORPORATE CREATIONS**
Registered Agent • Director • Incorporation

**Corporate Creations Network Inc.**
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410

August 25, 2014

Marriott International, Inc.
Reine Blackwell-Moore
Marriott International, Inc.
10400 Fernwood Road, Dept 52/862
BETHESDA  MD  20817

# SERVICE OF PROCESS NOTICE

The following is a summary of the enclosed legal document(s) that we received.

**Note: Any questions regarding the substance of the matter described below, including the status or to whom or where to respond, should be directed to the person set forth in line 12 below or to the court or government agency where the matter is being heard.**

Item: 2014-7442

| | | |
|---|---|---|
| 1. | **Client Entity:** | Marriott International, Inc. |
| 2. | **Title of Action:** | Sharon Rook vs. Marriott International, Inc., et al. |
| 3. | **Document(s) Served:** | Sheriff's Entry of Service<br>Summons<br>Complaint for Money Damages |
| 4. | **Court/Agency:** | Cobb County State Court |
| 5. | **State Served:** | Georgia |
| 6. | **Case Number:** | 14 A 23235 |
| 7. | **Case Type:** | Money Damages |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Friday  8/22/2014 |
| 10. | **Date to Client:** | Monday  8/25/2014 |
| 11. | **# Days When Answer Due:** 30<br>**Answer Due Date:** 09/21/14 | **CAUTION:** Client is solely responsible for reviewing service of process to verify accuracy of Answer Due Date. |
| 12. | **SOP Sender:**<br>(Name, Address and Phone Number) | Bhrett J. Pizza, Esq.<br>Marietta, GA<br>(770) 425-1414 |
| 13. | **Shipped to Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Notes:** | None. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410   Tel: (561) 694-8107   Fax: (561) 694-1639
www.CorporateCreations.com

SHERIFF'S ENTRY OF SERVICE                     SC-85-2                          CLYDE CASTLEBERRY CO., COVINGTON, GA 30015

|   |   |   |   |
|---|---|---|---|
| Superior Court | ☐ | Magistrate Court | ☐ |
| State Court | ☒ x | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Civil Action No. 14 A 23235

Date Filed _____

Georgia, COBB                                           **SERVE** COUNTY

SHARON ROOK

Attorney's Address

Bhrett J. Pizza, Esq.
BHRETT J. PIZZA, ATTORNEY AT LAW, P.C.                                    Plaintiff
216 Alexander Street                                          VS.
Marietta, Georgia 30060
(770) 425-1414                              MARRIOTT INTERNATIONAL, INC. et al

Name and Address of Party to be Served.

MARRIOTT INTERNATIONAL, INC.
c/o registered agent                                                Defendant
Corporate Creations Network, Inc.
2985 Gordy Parkway, 1st Floor
Marietta, Cobb County, Georgia 30066

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL** ☐

I have this day served the defendant _____ personally with a copy
of the within action and summons. ✓ with attached Complaint for money damages.

_____

**NOTORIOUS** ☐

I have this day served the defendant _____ by leaving a
copy of the action and summons at his most notorious place of abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of
defendant.

**CORPORATION** ☐

Served the defendant _Corporate Creations Network_ _____ a corporation
by leaving a copy of the within action and summons with _Roberta Gonzales_
in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL** ☐

I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said
affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the
defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the
place stated in the summons.

**NON EST** ☐

Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _____ day of _August_ , 20 _14_ .

_____
DEPUTY

SHERIFF DOCKET _____ PAGE _____

WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT

SUMMONS                              ·SC-85-1·                    Clyde Castleberry Co. Covington, GA 30015

## IN THE SUPERIOR/STATE COURT OF ___COBB___ COUNTY

### STATE OF GEORGIA

SHARON ROOK

_____

_____

_____
                                        PLAINTIFF

CIVIL ACTION
NUMBER __14 A____ 4B

**$245 COST PAID**

$5.00 RUSH FEE

VS.

MARRIOTT INTERNATIONAL, INC. c/o

Corporate Creations Network, Inc., Registered Agent

2985 Gordy Parkway, 1st Floor

Marietta, Cobb County, Georgia 30066
                                        DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Bhrett J. Pizza, Esq.
BHRETT J. PIZZA, ATTORNEY AT LAW, P.C.
216 Alexander Street
Marietta, Georgia 30060
(770) 425-1414

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ____ day of ___AUG___, 20__14__.

Clerk of Superior/State Court

Angie T. Davis

BY _____
                                        Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

## IN THE STATE COURT OF COBB COUNTY
## STATE OF GEORGIA

SHARON ROOK,                            )
                                        )    CIVIL ACTION
     Plaintiff,                   )    FILE NO. 14A  23235
                                        )
vs.                                     )
                                        )    **COMPLAINT FOR MONEY**
MARRIOTT INTERNATIONAL, INC.,           )
THE RITZ-CARLTON HOTEL COMPANY,         )    **DAMAGES**
L.L.C. and JOHN DOE(s)1-3 and ABC       )
CORPORATION(s) 1-3,                     )
                                        )
     Defendants.                  )
                                        )

### COMPLAINT FOR MONEY DAMAGES

    COMES NOW SHARON ROOK, the Plaintiff in the above-styled action, by and through her counsel, Bhrett J. Pizza, and files this her Complaint For Money Damages as follows:

### PARTIES

#### 1.

    The Defendant, MARRIOTT INTERNATIONAL, INC., is a foreign corporation organized under the laws of the State of Maryland and is authorized to transact business in the State of Georgia, having its principle place of business at Department 924.13, 10400 Fernwood Road, Bethesda, Maryland 20817, and may be served by and through its registered agent for service, Corporate Creations Network, Inc. 2985 Gordy Parkway, 1st Floor, Marietta, Cobb County, Georgia 30066.

2.

The Defendant, MARRIOTT INTERNATIONAL, INC., is subject to the jurisdiction of this Honorable Court pursuant to O.C.G.A. § 9-10-91 (1) & (2)  due to its business transaction within the state of Georgia, and its registered agents for civil process is located in Cobb County, Georgia and its commission of a tortious act or omission in Fulton County, Georgia, specifically, at its property, "THE RITZ CARLTON HOTEL," located at 181 Peachtree Road, Atlanta, Georgia 30303.

3.

The Defendant, MARRIOTT INTERNATIONAL, INC., is subject to the venue of this honorable Court pursuant to O.C.G.A. § 9-10-93, as a substantial part of its business operating hotels, was transacted in Cobb and Fulton County, and its registered agent for civil process is located in Cobb County, Georgia.

4.

The Defendant, THE RITZ-CARLTON HOTEL COMPANY, L.L.C., is a foreign corporation organized under the laws of the State of Maryland and is authorized to transact business in the State of Georgia, having its principle place of business at 10400 Fernwood Road, 10400 Fernwood Road, Dept. 924.13, Bethesda, Maryland 20817, and may be served by and through its registered agent for service, Corporate Creations Network, Inc. 2985 Gordy Parkway, 1ˢᵗ Floor, Marietta, Cobb County, Georgia 30066.

5.

The Defendant, THE RITZ-CARLTON HOTEL COMPANY, L.L.C., is subject to the jurisdiction of this Honorable Court pursuant to O.C.G.A. § 9-10-91 (1) & (2)  due to it business transactions within the state of Georgia, and its registered agent for civil process is located in Cobb County, Georgia and its commission of a tortious act or omission in Fulton County, Georgia, specifically, at its property, "THE RITZ CARLTON HOTEL", located at 181 Peachtree Road, Atlanta, Georgia 30303.

6.

The Defendant, THE RITZ-CARLTON HOTEL COMPANY, L.L.C., is subject to the venue of this honorable Court pursuant to O.C.G.A. § 9-10-93, as a substantial part of its business operating hotels, was transacted in Cobb and Fulton County, and its registered agent for civil process is located in Cobb County, Georgia.

7.

The Defendant, JOHN DOE(s) 1-3, is an unknown person(s) who is a proper party to be named as a Defendant in this action. Upon information and belief, Defendant JOHN DOE(s) 1-3 was the manager of "THE RITZ CARLTON HOTEL" located at 181 Peachtree Road, Atlanta, Georgia 30303 on or about August 31, 2012. Upon information and belief, the name JOHN DOE(s)1-3 is a fictitious name used because Plaintiff does not know the proper name of the

Defendant(s). It is not known what county JOHN DOE(s)1-3 resides in, but jurisdiction and venue are proper before this Honorable Court pursuant to the joint tortfeasor provisions contained in Article VI, Section II, Paragraph IV of the Constitution of the State of Georgia.

8.

The Defendant, ABC CORPORATION(s)1-3, are an unknown entity(ies) who is a proper party to be named as a Defendant in this action. Upon information and belief, Defendant ABC CORPORATION(s) 1-3 may be an employer or affiliated with the employer of JOHN DOE(s)1-3. Upon information and belief, the name ABC CORPORATION(s) 1-3 is a fictitious name used because Plaintiff does not know the proper name of this Defendant(s). It is not known what county or State ABC CORPORATION(s)1-3 transacts business, but jurisdiction and venue are proper before this Honorable Court pursuant to the joint tortfeasor provisions contained in Article VI, Section II, Paragraph IV of the Constitution of the State of Georgia.

## FACTS COMMON TO ALL CAUSES OF ACTION

9.

The Defendant, MARRIOTT INTERNATIONAL, INC., and/or THE RITZ-CARLTON HOTEL COMPANY, L.L.C., and/or ABC Corporation(s) 1-3 owns, operates and manages the hotel identified as "THE RITZ

CARLTON HOTEL", which is located in Fulton County at 181 Peachtree Road, Atlanta, Georgia 30303.

10.

At all times pertinent, Defendant, MARRIOTT INTERNATIONAL, INC., and/or THE RITZ-CARLTON HOTEL COMPANY, L.L.C., and/or ABC Corporation(s) 1-3 owned, maintained and controlled all the premises of "THE RITZ CARLTON HOTEL" located in Fulton County at 181 Peachtree Road, Atlanta, Georgia 30303.

11.

On August 31, 2012, Defendant, JOHN DOE(s) 1-3, was employed as the manager of "THE RITZ CARLTON HOTEL". His or her job duties included managing the hotel, supervising and training employees and ensuring the premises were inspected and at all times free of hazards.

12.

On or about August 31, 2012, the Plaintiff, SHARON ROOK, was a business invitee in "THE RITZ CARLTON HOTEL", a hotel owned and operated by Defendant MARRIOTT INTERNATIONAL, INC. and/or THE RITZ-CARLTON HOTEL COMPANY, L.L.C., and/or ABC Corporation(s) 1-3.

13.

On said date, after checking into Defendant's hotel, Plaintiff, SHARON ROOK, went into the bathroom in her hotel suite to take a shower. Ms. Rook turned on the water in the tub as she

was attempting to enter the shower/tub and activate the shower, when suddenly on her first step, she *slipped* on the extremely *slick* and *slippery* bottom surface of the tub causing her to *fall* hard, slamming into the wall of the tub with her right side and banging her left ankle/shin and buttocks causing her to sustain physical injuries.

14.

On said date and time, Plaintiff SHARON ROOK was unaware the anti-slip surface/material that was supposed to be on the bottom of the tub had deteriorated and worn off and that the cleaning agents used by hotel cleaning personnel had actually caused the tub's bottom/floor to become even more *slippery* resulting into a dangerous *hazard*. Even though the anti-slip protection of the tub's bottom had deteriorated, no shower mat was provided and there were not any safety handrails fastened to the tub wall that Ms. Rook could have held onto when entering the tub or grabbed to keep her from falling or to break her fall.

15.

Upon information and belief, Defendants, MARRIOTT INTERNATIONAL, INC. and/or THE RITZ-CARLTON HOTEL COMPANY, L.L.C., and/or ABC Corporation(s) 1-3 and JOHN DOE(s) 1-3, were on notice, prior to Plaintiff's fall, of the lack of anti-slip surface/material, the presence of cleaning liquid in the tub and

the lack of grab bars, the lack of an anti slip shower mat in the tub where Plaintiff slipped and fell.

## C O U N T   O N E

16.

Plaintiff hereby incorporates and realleges paragraphs one through fifteen (1 - 15) of Plaintiff's Complaint as if fully set forth herein, and further alleges as follows:

17.

The Defendants, MARRIOTT INTERNATIONAL, INC. and/or THE RITZ-CARLTON HOTEL COMPANY, L.L.C., and/or ABC Corporation(s) 1-3 and JOHN DOE(s) 1-3, had a duty to maintain the hotel and its tubs in a reasonably safe condition and to inspect, identify and remedy any unsafe and dangerous conditions which would present a hazard to the public.

18.

The lack of anti-slip surface/material, the presence of cleaning liquid in the tub, the lack of grab bars, the lack of an anti slip shower mat in the tub constituted a dangerous condition upon the premises of MARRIOTT INTERNATIONAL, INC. and/or THE RITZ-CARLTON HOTEL COMPANY, L.L.C. at "THE RITZ CARLTON HOTEL".

19.

The Defendants, MARRIOTT INTERNATIONAL, INC. and/or THE RITZ-CARLTON HOTEL COMPANY, L.L.C., and/or ABC Corporation(s) 1-3

and JOHN DOE(s) 1-3, were negligent in at least one of the following particulars:

(A) They failed to exercise ordinary care as an owner or occupier of land, to keep its premises safe, pursuant to O.C.G.A. § 51-3-1;

(B) They failed to inspect the hotel's bathrooms in a regular manner designed to discover and remove dangerous and hazardous conditions similar to these which caused injury to Plaintiff;

(C) They had prior knowledge of the dangerous condition presented by the lack of grab bars, the lack of anti-slip surface/material in the tub, the presence of cleaning liquid in the tub and the lack of an anti slip shower mat in the tub and they failed to remedy the condition by replacing the anti-slip surface/material, washing away the cleaning liquid, installing grab bars and putting an anti-slip shower mat in the tub;

(D) They had employees working in the general and immediate area where Plaintiff fell and therefore knew or should have known of the dangerous condition; and

(E) They failed to take steps to adequately warn the public of the dangerous condition posed.

20.

The Defendants, MARRIOTT INTERNATIONAL, INC. and/or THE RITZ-CARLTON HOTEL COMPANY, L.L.C., and/or ABC Corporation(s) 1-3 and JOHN DOE(s) 1-3, had superior knowledge of the dangerous and hazardous condition of the lack of anti-slip surface/material in the tub, the presence of cleaning liquid in the tub the lack of grab bars and the lack of an anti slip shower mat in the tub where Plaintiff fell.

21.

Plaintiff, SHARON ROOK, as an invitee, had absolutely no knowledge of, nor any reason to suspect the existence of any dangerous conditions as she stepped into the tub in her suite on the premises of MARRIOTT INTERNATIONAL, INC.'s and/or THE RITZ-CARLTON HOTEL COMPANY, L.L.C., and/or ABC Corporation(s) 1-3 "THE RITZ CARLTON HOTEL".

22.

Plaintiff, SHARON ROOK, was not negligent in any respect and at all times acted reasonably and in accordance with the laws of the State of Georgia.

23.

The negligence of the Defendants, MARRIOTT INTERNATIONAL, INC. and/or THE RITZ-CARLTON HOTEL COMPANY, L.L.C., and/or ABC Corporation(s) 1-3 and JOHN DOE(s) 1-3, is a direct, substantial

and proximate cause of the injuries sustained by Plaintiff,
SHARON ROOK.

24.

As a result of the negligence of the Defendants, MARRIOTT
INTERNATIONAL, INC. and/or THE RITZ-CARLTON HOTEL COMPANY,
L.L.C., and/or ABC Corporation(s) 1-3 and JOHN DOE(s) 1-3,
Plaintiff SHARON ROOK has sustained multiple physical injuries
and has incurred expenses for medical attention in the amount of
at least **SIXTY SIX THOUSAND FIVE HUNDRED EIGHTEEN AND 96/100
DOLLARS ($66,518.96)** to date and continuing.

25.

As a further proximate result of the negligence of the
Defendants, MARRIOTT INTERNATIONAL, INC. and/or THE RITZ-CARLTON
HOTEL COMPANY, L.L.C., and/or ABC Corporation(s) 1-3 and JOHN
DOE(s) 1-3, there is a reasonable probability that Plaintiff
SHARON ROOK will incur future medical expenses. The current
amount of future medical expenses is at least **One hundred forty
thousand and 00/100 dollars ($140,000.00)** to be incurred by
Plaintiff SHARON ROOK. Plaintiff will move to amend her Complaint
to state the exact amount as incurred.

26.

Also, as a result of the negligence of the Defendants
MARRIOTT INTERNATIONAL, INC. and/or THE RITZ-CARLTON HOTEL
COMPANY, L.L.C., and/or ABC Corporation(s) 1-3 and JOHN DOE(s)1-

3, Plaintiff, SHARON ROOK, has endured, and continues to endure mental, physical and nervous pain and suffering. There is reasonable probability that the injuries will result in some permanent disability and impairment to the Plaintiff.

## C O U N T   T W O

27.

Plaintiff hereby incorporates and realleges paragraphs one through twenty-six (1 - 26) of Plaintiff's Complaint as if fully set forth herein, and further alleges as follows:

28.

Plaintiff is entitled to attorney's fees, costs of litigation and expenses under O.C.G.A. § 13-6-11 because the Defendants MARRIOTT INTERNATIONAL, INC., THE RITZ-CARLTON HOTEL COMPANY, L.L.C., ABC CORPORATION(s) 1-3 and JOHN DOE(s) 1-3, have been stubbornly litigious and have caused the Plaintiff unnecessary trouble and expense of litigation.


**WHEREFORE,** Plaintiff respectfully demands:

(a)    A jury trial on all issues;

(b)    Service of the Summons and Complaint to be issued against the Defendants according to law;

(c)    Judgment against the Defendants for medical special damages incurred by Plaintiff SHARON ROOK in the amount

of at least **SIXTY SIX THOUSAND FIVE HUNDRED EIGHTEEN AND 96/100 DOLLARS ($66,518.96)** to date and continuing;

(d)    Judgment against the Defendants for general damages in an amount to be determined by the enlightened conscience of an impartial jury;

(e)    Judgment against the Defendant for future medical special damages in the amount of at least **One hundred forty thousand and 00/100 dollars ($140,000.00)** to date and continuing;

(f)    Judgment against the Defendants for future special and general damages;

(g)    Attorney's fees, expenses and costs of litigation incurred in this action;

(h)    The award of pre-judgment and post-judgment interest on the damages awarded Plaintiffs pursuant to O.C.G.A. § 51-12-14; and,

(i)    Such other and further relief as the Court deems just and proper under the circumstances.

This 15th day of August, 2014.

**BHRETT J. PIZZA, ATTORNEY AT LAW, P.C.**

_____
BHRETT J. PIZZA
Georgia Bar Number 581320
Attorney for Plaintiff

JONATHAN L. PIZZA
Georgia Bar Number 103285
Attorney for Plaintiff

216 Alexander Street
Marietta, Georgia  30060
(770) 425-1414